Chief Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-00390MJP |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| DAVID R. WELLER, | |
| Defendant. | |

THE COURT has considered the defense's unopposed motion for a continuance of the trial and the pretrial motions dates. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of February 1, 2016 until the new trial date of May 9, 2016 shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

//
//
//
//
//

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PTMs DEADLINE- 1
*USA v. David R. Weller* / CR15-00390MJP

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that the trial date in this matter is continued to May 9, 2016, and that pretrial motions shall be filed no later than April 4, 2016.

DONE this 8th day of January, 2016.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by:

s/ *Dennis Carroll*
Dennis Carroll
Assistant Federal Public Defender
Attorney for David R. Weller

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PTMs DEADLINE- 2
*USA v. David R. Weller* / CR15-00390MJP

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**