JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-390 MJP |
| Plaintiff, ) | |
| v. ) | ORDER TO SEAL DOCUMENT |
| DAVID WELLER, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the motion of the defendant to file Exhibit A to the Defendant's Motion for Compassionate Release under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that Exhibit A to the Defendant's Motion for Compassionate Release be filed under seal.

DATED this 7 day of August, 2020.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jerome Kuh*
Assistant Federal Public Defender
Attorney for David Weller

ORDER TO SEAL DOCUMENT
(*United States v. Weller*, CR15-390 MJP) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710