The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVID WELLER,<br><br>Defendant. | NO. CR15-390 MJP<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the Motion of the United States to File a Brief in Excess of Twelve Pages, hereby states: IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant David Weller's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) that does not exceed 18 pages in length.

DATED this  7th  day of August                 , 2020.

_____
MARSHA J. PECHMAN
United States District Court Judge

Presented by:

*s/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO FILE A BRIEF IN EXCESS OF TWELVE PAGES / *United States v. Weller,* CR15-390 MJP - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970