JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-390 MJP |
| Plaintiff, ) | |
| v. ) | ORDER TO |
| ) | MODIFY BRIEFING SCHEDULE |
| DAVID WELLER, ) | |
| Defendant. ) | |

THIS MATTER has come before the undersigned on the unopposed motion of the defendant to modify the current briefing schedule for Defendant's Motion for Compassionate Release (dkt. 84) by allowing the defendant to file his Reply to the Government's Response (dkt. 89) no later than August 28, 2020. The Court has considered the motion and records in this case and finds there are compelling reasons to modify the briefing schedule accordingly.

IT IS HEREBY ORDERED that the Reply to Government counsel's Response to the Defendant's Motion for Compassionate Release be filed no later than August 28, 2020.

DATED this 7 day of August, 2020.

_____
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jerome Kuh*
Assistant Federal Public Defender
Attorney for David Weller

ORDER TO MODIFY BRIEFING SCHEDULE
(*United States v. Weller*, CR15-390 MJP) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710