1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

UNITED STATES OF AMERICA,

CASE NO. CR15-390 MJP

11

Plaintiff,

ORDER TO SEAL

12

v.

13

DAVID RICHARD WELLER,

14

Defendant.

15

16      THIS MATTER has come before the undersigned on the motion of the

17   defendant to file Exhibit A to the Supplemental Reply to Defendant's Motion for

18   Compassionate Release under seal.  Dkt. No. 95.  The Court has considered the motion

19   and records in this case and finds there are compelling reasons to file the document

20   under seal.

21

22      IT IS HEREBY ORDERED that Exhibit A to the Supplemental Reply to
     Defendant's Motion for Compassionate Release (Dkt. No. 97) be filed under seal.

23

24

ORDER TO SEAL - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated September 1, 2020.

3

4   Marsha J. Pechman
    United States Senior District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO SEAL - 2