Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID RICHARD WELLER,<br><br>Defendant. | No. 2:15-cr-00390-RAJ<br><br>ORDER GRANTING MOTION<br>FOR *FARETTA* HEARING |

Having considered Defendant David Richard Weller's motion for an *ex parte Faretta* hearing, along with the government's response, and the files and pleadings herein,

IT IS ORDERED that the motion (Dkt. 118) is GRANTED. The Court will conduct a *Faretta* hearing on Thursday, July 17, 2025, at 10:00 a.m., in Courtroom 13106. The Court will excuse the prosecutor for the portions of its inquiry that may relate to the particulars of Mr. Weller's representation, but will allow the prosecutor to be present for the *Faretta* colloquy.

The evidentiary revocation hearing in this matter is STRICKEN, to be reset at a later date.

DATED this 11th day of July, 2025.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR *FARETTA* HEARING
(*United States v. Weller*, 2:15-cr-00390-RAJ) - 1