Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID RICHARD WELLER,

Defendant.

No. 2:15-cr-00390-RAJ

ORDER

THIS MATTER comes before the Court on Defendant's Motion to Compel Discovery (Dkt. 152). The Court has considered Defendant's motion and the response provided by United States Probation. The Court directed Probation to provide unredacted copies of the records and data requested by the defense. The Court conducted an *in camera* review of the records and finds as follows:

The first document at issue is an email initiated by USPO Chandra Wageman with the Bureau of Prisons, dated July 16, 2024, regarding Mr. Weller's release planning documents. According to USPO Patrick Robertson, the attachment was previously provided to Defendant. This request is therefore moot and Defendant's request is denied.

The second document is an email thread initiated by USPO Nicole Speckhals, with exchanges between USPO Wageman, Patrick Robertson, and the RRC Director, Ms. Trinetta Thompkins (known as Ms. Tree), and shall be provided to Defendant.

ORDER - 1

The third document is the Notice of Release and Arrival (NORA) from Defendant's original release from custody, prepared in April of 2024. A review clearly indicates this document is irrelevant to the current alleged supervised release violation, and Defendant's request is therefore denied.

The last item being requested by Defendant is the telephone number for Kevin (last name unknown). It appears this person was a mere bystander at the Tucson airport who permitted Defendant to use his telephone, and irrelevant to the current alleged supervised release violation. Therefore, Defendant's request is denied.

The response submitted by Probation indicates the remaining discovery at issue has been provided to Defendant, specifically the chronos logs for the relevant time period and contact information for employees of the residential reentry center, and Defendant's request is therefore denied.

DATED this 17th day of July, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 2