Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID RICHARD WELLER,<br>Defendant. | No. 2:15-cr-00390-RAJ<br><br>ORDER DIRECTING RELEASE OF DEFENDANT FROM CUSTODY |

Having found the alleged violation of supervised release has not been established at an evidentiary hearing on this date, the Court ORDERS that Defendant shall be immediately released from the Federal Detention Center at SeaTac.

DATED this 24th day of July, 2026.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge